Matthew D. Haley, Esq.,
State Bar No.: 104493
THE HALEY LAW OFFICES, P.C.
1633 San Pablo Avenue
Oakland, CA 94612-1505
Telephone: (510) 444-1881
Facsimile: (510) 444-5108

Attorneys for Plaintiff

**FILED**

OCT 21 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No: 10-31228 |
| JOHN KELLEY, KELLEY'S TAVERN, LLC. | MOTION FOR RELIEF FROM STAY |
| Debtor | Date: November 7, 2011<br>Time: 1:00 p.m.<br>Dept: 23<br>Judge: Thomas E. Carlson |

## TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

You may appear personally or through counsel at the above time and place to object to this Motion for Relief from Stay brought pursuant to Bankruptcy Local Rule 4001-1.

1. **THE PARTIES**

This matter involves a personal injury action now pending in the San Francisco County Superior Court. It is Civil Action No. CGC 09 494674. The matter arises out of a trip and fall that occurred at KELLY'S TAVERN in San Francisco on November 23, 2007. Matthew Haley, Esq. of the Haley Law Offices represents plaintiff.

///

///

///

///

The defendant KELLEY'S TAVERN LLC is represented by Mark A. Mittleman, Esq. (hereinafter referred to as "The Superior Court Matter.")

The parties stipulated in the Superior Court matter that the proper defendant is KELLEY'S TAVERN LLC. Pursuant to that stipulation, all other defendants were dismissed. (See stipulation attached at Exhibit 1 to the declaration of Matthew Haley submitted herewith.)

## 2. INSURANCE COVERAGE

As described in the accompanying Declaration of Matthew Haley, the defendant is insured for this accident. The insurance carrier is Crusader Insurance Company. Crusader has agreed, under to policy, to defend and indemnify KELLY'S TAVERN LLC to the extent of their coverage. As far as we know, there are no coverage disputes involved here.

## 3 THE AUTOMATIC STAY

The superior court matter was set for arbitration on July 19, 2011. On the day prior to the arbitration, plaintiff was advised through counsel of the bankruptcy and the stay, and documents were filed with the San Francisco County Superior Court. Prior to that day, the matter proceeded with the full participation of the defendant. The Superior Court matter was thereafter stayed.

## 4. THIS MOTION

By this motion, MARY BALLARD seeks relief from the Stay of the Proceedings of Superior Court Matter on the basis that the debtor before this court, and the defendant before the San Francisco Superior Court, KELLEY'S TAVERN LLC, is insured by and will be completely covered by their insurance policy, and that plaintiff will make no claim against the personal assets of KELLEY'S TAVERN, INC.

## 5. POSSIBLE OPPOSITIONS

Plaintiff does not anticipate that there will be any opposition to this motion.

///

///

///

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

## 6. CONCLUSION

For the foregoing reasons, MARY BALLARD, respectfully requests relief from the stay currently in place as to the Superior Court Matter.

Dated: October 19, 2011

RESPECTFULLY SUBMITTED:

THE HALEY LAW OFFICES, P.C.

By: _____
Matthew D. Haley, Esq.
Attorneys for Plaintiff

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

MOTION FOR RELIEF FROM STAY

3